UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

                                      Chapter 7

LUCIA ANTOLINO a/k/a LUCIA TISOC,     Case No.: 15-45777 (ESS)

                Debtor.
-------------------------------------------------------------x

**ORDER AUTHORIZING AND APPROVING: (I) AN AUCTION SALE FOR THE REAL PROPERTY LOCATED AT 455 MARLBOROUGH ROAD, BROOKLYN, NEW YORK 11216, DESIGNATED BLOCK 5179, LOT 77, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES, WITH SUCH LIENS, CLAIMS AND ENCUMBRANCES TO ATTACH TO PROCEEDS OF SALE; AND (II) THE BIDDING <u>PROCEDURES FOR THE REAL PROPERTY</u>**

Upon the motion dated September 27, 2016 (the "**Motion**") of Gregory Messer, Esq. the Chapter 7 Trustee (the "**Trustee**") of the bankruptcy estate of Lucia Antolino a/k/a Lucia Tisoc (the "**Debtor**"), by his attorneys, LaMonica Herbst & Maniscalco, LLP, seeking the entry of an Order, pursuant to, 11 U.S.C. §§ 105(a), 363 and 365 (the "**Bankruptcy Code**") and Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") authorizing and approving: (i) an auction sale (the "**Auction Sale**") of the Debtor's real property located at, and known as, 455 Marlborough Road, Brooklyn, New York 11216, designated block 5179, Lot 77 (the "**Real Property**") to the highest or best bidder, free and clear of all liens, claims and encumbrances (the "**Liens**"), if any, with such Liens to attach to the proceeds of sale in the same priority and extent as they existed on the date the Debtor filed for bankruptcy; (ii) the bidding procedures (the "**Bidding Procedures**") for the Real Property; and (iii) granting such other and further relief as this Court deems necessary; and upon the Affidavit of Service indicating that the Motion with exhibits were properly served upon all creditors and parties in interest; and a hearing having been held on October __, 2016 (the "**Hearing**") before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, United States Bankruptcy

Court for the Eastern District of New York, the record of which is incorporated herein by reference; and after due deliberation and for good cause shown, it is hereby

**ORDERED,** that the terms of the Bidding Procedures, which is annexed as Exhibit "A" to the Motion, is approved; and, it is further

**ORDERED**, that the Trustee is authorized, empowered and allowed to market, auction and sell the Real Property in accordance with the terms and conditions of the Bidding Procedures, subject to higher or better offers that may be tendered at the Auction Sale and the terms and conditions of this Order; and, it is further

**ORDERED**, that the Trustee is, pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, authorized, empowered and allowed to transfer the Real Property, as more particularly set forth in the Motion and Bidding Procedures, free and clear of any and all Liens, if any (as defined in the Motion and the Bidding Procedures), with such Liens to attach to the proceeds of sale to the same extent and in the same priority as they existed on the filing date of this bankruptcy case, and to take any and all such actions as may be necessary to effectuate the terms and conditions of this Order and the sale of the Real Property; and, it is further

**ORDERED**, that the Debtor and all other occupants of the Real Property, if any, shall cooperate with the Trustee, his agents and representatives, in connection with the marketing, sale and liquidation of the Real Property; and, it is further

**ORDERED,** that following the Auction Sale, the Trustee is authorized to submit an order confirming the sale of the Real Property to the Successful Bidder to the Court for approval.