UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

Hearing Date: October 13, 2016
Hearing Time: 9:00AM

In Re:

Case No. 15-45777(ess)
Chapter 7

LUCIA ANTOLINO a/k/a LUCIA TISOC

Debtor.

**LIMITED OBJECTION TO TRUSTEE'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING: (i) AN AUCTION SALE FOR THE REAL PROPERTY LOCATED AT 455 MARLBOROUGH ROAD, BROOKLYN, NEW YORK 11216 PURSUANT TO 11 U.S.C. SECTIONS 105(A), 363 AND 365 OF THE BANKRUPTCY CODE AND RULES 2002 AND 6004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

BANK OF NEW YORK MELLON, f/k/a The Bank of New York, as trustee for the Certificateholders of CWABS, Inc. Asset-Backed Certificates Series 2006-19 by Ditech Financial LLC. ("CREDITOR") as creditor in the above captioned case, by and through its attorneys, McCabe Weisberg & Conway, P.C., submits the following Limited Objection to the Debtor's Motion to approve the auction sale of the real property filed by the Trustee under Court docket no. 37, 39 and 40.

1. The Creditor holds a note and a first position mortgage on the property known as 455 Marlborough Road, Brooklyn, New York 11216.

2. The Creditor does not object to the sale to the extent the proceeds from the sale will be sufficient to pay the Creditor in full at the time of closing. To the extent the sale proceeds will not be sufficient to pay the Creditor in full at the time of closing, the Creditor files this limited objection.

1

3. Further, the Creditor reserves the right to Credit Bid the full amount of its lien.

**WHEREFORE**, the Creditor objects on a limited basis to the Debtor's motion for the reasons stated and requests that the order signed by the Court reflect that the Sale is approved by the Court conditioned on the Creditor being paid in full on the amount owed on its first position mortgage on the property and be given the right to credit bid the full amount of its lien.

Dated: October 6, 2016
New Rochelle, New York

/s/Robert K. Young
Robert K. Young, Esq.
Associate Attorney
McCabe Weisberg Conway PC
Attorneys for the Creditor Ditech Financial LLC
145 Huguenot Street, Suite 210
New Rochelle, NY  10801
(914) 636-8900